UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF | ED CR 18-00172-AB |
| v. | |
| DIAMOND et al. | ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

Judge Birotte was the US Attorney at the time this matter was pending with the United States Attorney's Office, which presents a conflict.  Therefore, Judge Birotte may not preside over this case.

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with General Order 14-03.

July 3, 2018
Date

United States District/~~Magistrate Judge~~

**Notice to Counsel from Clerk**

The above-referenced criminal case has been randomly reassigned to Judge R. Gary Klausner. On all documents subsequently filed in this case, please substitute the initials RGK after the case number in place of the initials of the prior judge so that the case number will read 5:18-cr-00172 RGK.

This is very important because traditionally filed documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CR-102 (06/14)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL